**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 19-0115-01 |
| VERSUS | JUDGE DONALD E. WALTER |
| MELISSA RICHARDSON (01) | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant's Motion to Suppress (Record Document 26) is **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 6th day of January, 2020.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE